# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-2657

_____

Clifton Baxter,                                        *
                                                       *
                    Appellant,                         *
                                                       *    Appeal from the United States
          v.                                           *    District Court for the Eastern
                                                       *    District of Arkansas.
William A. Halter, Acting                              *
Commissioner, Social Security                          *         [UNPUBLISHED]
Administration,                                        *
                                                       *
                    Appellee.                          *

_____

Submitted:  March 16, 2001

Filed:  March 21, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and MORRIS SHEPPARD ARNOLD,
       Circuit Judges.

_____

PER CURIAM.

       Clifton Baxter sought disability insurance benefits asserting he was disabled as
a result of severe posttraumatic arthritis in both ankles, amputation of the left great toe,
and heal compression fractures.  An administrative law judge (ALJ) concluded Baxter
could not return to his past relevant work, but he retained the residual functional
capacity to perform other work, and thus was not disabled.  The Appeals Council
denied review, making the ALJ's ruling the final decision of the Commissioner of Social

Security.  Baxter then sought judicial review, and the district court[*] held substantial evidence supported the ALJ's decision.  On appeal, Baxter contends he is disabled because he meets the criteria in Listing 1.03 for arthritis of a major weight-bearing joint.  Having carefully considered the record, we affirm for the reasons given by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.